UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RUFUS L. SPEARMAN,

    Plaintiff,

v.

D. GERTH et al.,

    Defendants.
_____/

Case No. 2:15-cv-15

HON. ROBERT HOLMES BELL

## O R D E R

In accordance with the opinion issued on this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's April 29, 2016 Report and Recommendation (ECF No. 102) is **APPROVED and ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's objections to the Report and Recommendation (ECF No. 106) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment based solely on a failure to exhaust administrative remedies (ECF No. 42) is **GRANTED**. Defendants Gerth, Young, Schertz, Thoma, Henley, and Miles will be **DISMISSED** for lack of exhaustion.

**IT IS FURTHER ORDERED** that Plaintiff's motion for sanctions (ECF No. 95) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for temporary restraining order (ECF No. 92) is **DENIED**.

Dated: August 4, 2016         /s/ Robert Holmes Bell
                              ROBERT HOLMES BELL
                              UNITED STATES DISTRICT JUDGE