UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RUFUS L. SPEARMAN,

    Plaintiff,

v.

                            File No: 2:15-cv-15

GLENN FIELDING,

                            HON. PAUL L. MALONEY

    Defendant.
_____/

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this day:

**IT IS ORDERED** that **JUDGMENT** is entered on behalf of Defendant.

Dated: March 14, 2017                             /s/ Paul L. Maloney
                                                                 PAUL L. MALONEY
                                                                   UNITED STATES DISTRICT JUDGE